# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

See attached

*Plaintiff*

V.

Bank of America, N.A.

*Defendant*

**Civil Action No.** 21-cv-01766-CAB-LL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

 

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua B. Swigart
2221 Camino del Rio S, Ste 308
San Diego, CA 92108

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  10/13/21



John Morrill
*CLERK OF COURT*

S/          S. Tweedle
*Signature of Clerk or Deputy Clerk*

AO 441   Summons in a Civil Action (Page 2)

**Civil Action No.** 21-cv-01766-CAB-LL          Date Issued: 10/13/21

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of the individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: _____         _____
                                                      *Server's Signature*

                                           _____
                                                      *Printed name and title*

                                           _____
                                                      *Server's address*

NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEDDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOUL BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 21-cv-01766-CAB-LL

Cynthia Abila, Nicholas Alexander, Jessica Alvillar-Flores, Ashley Amodio, Victoria Anaya, Rogelio Armenta Bonilla, Sonya Arreola, Kristi Ashby, Cardell Ashley, Lynn Austin, Jodie Baber, Rashell Baca, John Baldisseri, Venita Ball, Ray Ballard, Jesse Barnett, Jonathan Barragan, Victoria Bates, Cameron Behny, Dennis Boyle, Joshua Breshears, Adonna Bright, Raeshawn Brown, Dajun Butler, Dawn Butt, Silvia Cabrera, Francesco Calabrese, Amber Calderon, Desiree Campbell, Jevon Cannon, Guillermo Caratachea, Justin Carreon, Christian Carrillo, Rayell Carson, Phillip Castaneda, Walter Castle, Lisa Cahyadi, Christine Cesena, Aaron Chavez, Robert Van Cleave, Shannon Coley, David Corder, Jason Corona, Javier Cortez, Kristina Cortez, Louise Crediford, Teresa Cruz, Edward Cuellar, Earl Curierre, Justin Daniels Ontwan Davis, Emily Defrangesco, David Diaz, Mamadou Dioum, Melissa Dutra, Marvin Echeverria, Niko Ellis, Patricia Eng, Michelle Engebretson, Laurel England, Simon Equao, Brenda Esparza-Newby, Leticia Eubanks, Darryl Ezell, James Faernstrom, Tiffany Fike, Gregory Flynn sr., David Foster, Joseph Fowler, Dyron Frances, Selene Francisco, Angela Franklin, Anita Fuentes, Jairo Fuentes, Katie Garcia, Rachelle Gibson, Jeffrey Giuffre Phylicia Goddfrey, Cristina Gomez, Anthony Gonzalez, Brian Gonzalez, Frank Gonzalez, Tarina Gonzalez, Justin Gregory, Adam Griffin, Jackie Griffiths, Rose Gadley, Shawna Halbach, Roy Hanzal, Cameron Harmon, Eugina Harris, Terryl Harris, Asher Hart, Kimberly Hays, Jeffrey Henderson, Arisam Hernandez, Pedro Hernandez, Johnathan Herring, Christopher Higuera, Stephanie Holguin, Jennifer Holmberg, Dottie Holmes, Trisha Hostler, Larae Hudlin, Carlos Ipatzi, Scott Ireland, Galen Isadore, Olivia Isham, Megan Isles, Brianne Jeffers, Marcus Jefferson, Corinne Jones, Antoinette Juarez, Devin Kelson, Mandy Kempkes, Johnane Killion, Maria Kinlaw, Christie Kirk, Hollie Klos, LaQuisha Knapps, Lester Kuehnl, April Lampkin, Eric Langland, Kirk Lathrop, Tanner Lawson, La Reisha Mo Faye Lee, Andrea Lemus, Richard Lichty, Tianna Lister, Sheila Lopez, Derrick Lyons, Vanessa Machuca, Roberto Made, Dewey Mahoney, Paula Mannor, Alberto Manzano, Michael Marin, Adam Martin, Kali Massey, Tangela Mcinnis, Cheri McKinley, Maria Mendoza, Chandra Mincks, Javid Moetamedi, Monique Mondragon, Jaime Montgomery, Christy Moore, Julie Moreno, Kerry Morgan, David Morrison, Angela Myers, Ronald Nash, Ameen Nazarudeen, John Neal, Christina Nedrebo, Edmundo Neria, Tonisha Nolley, Ernesto Noriega, Barbara Norwood, Jamielynn Oakes, Patrick O'Connor, Chanel Oden, Diana Ontiveros, Ana Ortiz, Lourdette Padilla, Miguel Pargaz, Andrew Parks, Ginger Parks, Daniel Passios, Veronica Penaloza, Randall Percy, Priscilla Perez, Monica Perry, Maya Phillips, William Pranskat, Danielle Puckering, Randi Quintell, Christylyn Rader, James Ragsdale, Maria Ramirez, Tammy Reding, Andrew Renteria, Cedric Reynolds jr., Leeanna Rios, Travis Rios, Cristina Rivera, Valerie Robinson, Christopher Rockwell, Manuel Rodriguez, James Rogers, Lonnisha Roper, Stephanie Rowe, Charlene Ruedas, Ruby Ruiz, Matthew Salazar, Arlin Sanabria, Erika Sanchez, Erica Sandquist, Emmanuel Sanglay, Robert Santana, Alexandra Santiesteban, Joe Sedeno, Leeloni Sevillo, Nicole Silva, Samantha Silvers, Renee Simms, Tiffany Small, Otis Smith, Philip Smith, David Snow, Tara Spehar, Angel Spruell, Jessica Stamness, Linda Steagall, Charles Stephanski, Mark Stevens, Marquis Stewart, Paul Stone, Tania Tamargo, Karrem Taplet, John Taylor, Joshua Tempelton, Teula Tetreault, Aisha Tiggs, Tammi Tirado, Ashley Trammell, Koren Travisonjennings, Cathlene Turbeyville, Dillon Turnquist, Van Umlauf, Romain Usher, Alexandra Valdez, Jose Valdez, Jessica Vorlob, Nathan Walter, Matthew Warren, Nick Wells, Janelle White, Care Williams, Tony Williams, jr., Sequoia Williamson, Chad Williford, Matthew Winter, Joseph Wood

Plaintiffs